# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. Case No. 14cr0246-MMA |
| Plaintiff, ) | |
| v. ) | **ORDER AND JUDGMENT RE: DISMISSAL** |
| LUZ HUERTA ) | |
| Defendant. ) | |

Upon application of the United States Attorney, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Indictment in the above-captioned case against LUZ HUERTA be dismissed without prejudice.

**IT IS SO ORDERED**.

DATED: May 29, 2014

_____
HON. MICHAEL M. ANELLO
United States District Court